CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 01 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:12CR00066 |
| | ) | (CASE NO. 7:16CV81183) |
| v. | ) | FINAL ORDER |
| | ) | |
| SELVIN DARIO NAJERA, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, (See ECF No. 284) is **DISMISSED WITHOUT PREJUDICE** and is **STRICKEN** from the active docket of the court; the motion is hereby **CONSTRUED** as a motion for reduction of sentence under 18 U.S.C. § 3582(c); and is **DENIED**.

ENTER: This 1st day of September, 2016.

/s/ Glen E. Conrad
Chief United States District Judge